

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,154-01

### EX PARTE WILLIE EARL GADERSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1523576-A IN THE 178TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*. SCHENCK, P.J., YEARY and PARKER, JJ., concurred. FINLEY J. dissented.

## O P I N I O N

Applicant pleaded guilty and was convicted of delivery of a controlled substance (cocaine) less than one gram and sentenced to six months imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary because he did not know of the bad acts of the officer who implicated him in this alleged offense. The State and the trial court agree that Applicant's plea was involuntary. *Ex parte Mathews,* 638 S.W.3d 685 (Tex. Crim. App. 2022); *Ex parte Coty*, 418 S.W.3d 597 (Tex. Crim. App. 2014). The State and the trial court both recommend

granting relief. We agree. Applicant is entitled to relief.

Relief is granted. *Brady v. United States*, 397 U.S. 742 (1970). The judgment in cause number 1523576 in the 178th District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 12, 2025
Do not publish